**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**BRYAN F. FARIS**                                                              **PETITIONER**

**v.**                                                                   **No. 1:15CV16-SA-SAA**

**LOWNDES COUNTY SHERIFF'S DEPARTMENT**                            **RESPONDENTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant petition

for a writ of *habeas corpus* is **DISMISSED** with prejudice for failure to state a claim upon which

relief could be granted.

**SO ORDERED**, this, the 29th day of April, 2015.

                                                          /s/ Sharion Aycock
                                                          **U.S. DISTRICT JUDGE**